Argued and submitted August 28, 1996, affirmed February 12, 1997

STATE OF OREGON,
*Appellant,*

*v.*

RHONDA REBECCA HUBBARD,
*Respondent.*

(10-95-03887; CA A90850)

934 P2d 447

Kaye E. Sunderland, Assistant Attorney General, argued the cause for appellant. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Eric R. Johansen, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Hadley*, 146 Or App 166, 932 P2d 1194 (1997).